

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

        - against -

JASON WARD,

        Defendant

----------------------------------------------------------x

20 CR 272 (WHP)

ORDER

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by MCC Consulting Inc. d/b/a The New York Mental Health Group, in the amount of $4,500, for professional services rendered in connection with the above captioned case.

      SO ORDERED,

Dated: New York, New York
       September 3, 2020

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.