# Nashville Vanguard Law, PLLC

John H. Morris, Esq.

404 James Robertson Pkwy
Suite 102 | Nashville, TN 37219
Ph. (615) 229-5529
Fx. (615) 679-9520

16 October 2020

**VIA ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, New York, NY  10007

Re:    United States v. Jason Ward
       20 Cr 272 (WHP)

Dear Judge Pauley:

    I write with the consent and agreement of the Government to postpone Mr. Ward's sentencing hearing, currently scheduled for Thursday, November 5, 2020, to a date convenient to the Court and the Government in January 2021.  The defense waives speedy trial time until the date the Court sets for this hearing.  In support, counsel for Mr. Ward submits that the current travel restrictions and quarantine rules in place in New York for travelers coming from restricted states, of which Tennessee is one, make this hearing a practical impossibility to conduct in person.  Further, Mr. Ward and his counsel believe that an in-person hearing is in his best interests and wishes to appear before the Court to present his case and submit to the justice of the Court.  At the date and time set by this Court, Mr. Ward expects to present his case for mitigation and be sentenced by this honorable Court.

Application granted.  Sentencing adjourned to January 13, 2021 at 2:30 p.m.

SO ORDERED:

*/s/ William H. Pauley*
WILLIAM H. PAULEY III
U.S.D.J.

October 22, 2020

Respectfully,

*/s/ John H. Morris*
**JOHN H. MORRIS**
Nashville Vanguard Law, PLLC
Parkway Towers, Suite 102
404 James Robertson Parkway
Nashville, TN   37219
John@tek.law
Phone: (615) 229-5529
Fax:    (615) 679-9520