UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                         :         20 Cr. 272 (WHP)

Jason Ward,                                                   :         ORDER
                            Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a videoconference on Friday, March 19, 2021 at 2:00 p.m. The dial-in number is 917-933-2166, passcode 643603177.

Dated: March 17, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.