UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                    :        20 Cr. 272 (WHP)

Jason Ward,                                               :        ORDER
                      Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The videoconference scheduled for Friday, March 19, 2021 at 2:00 p.m. is adjourned to a date to be determined.

Dated: March 19, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.