UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                    :       20 Cr. 272 (WHP)

Jason Ward,                                              :       ORDER
                           Defendant.             :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court will hold a videoconference on Friday, March 26, 2021 at 2:00 p.m. The dial-in number is 917-933-2166, passcode 520208312.

Dated: March 25, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.