```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,             :

        -against-                     :        20 Cr. 272 (WHP)

Jason Ward,                           :        ORDER
                    Defendant.        :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing scheduled for May 11, 2021 is postponed to a date to be determined.

Dated: New York, New York
       May 10, 2021

SO ORDERED:

*[signature]*

WILLIAM H. PAULEY III
U.S.D.J.