UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JASON WARD,

                        Defendant.

20 Cr. 272 (AT)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

ANALISA TORRES, District Judge:

      This matter has been re-assigned to this Court. Accordingly, the Court will hold a sentencing proceeding on **September 23, 2021**, at **1:00 p.m.** Defendant's submissions are due on **September 9, 2021**. The Government's submissions are due on **September 16, 2021**.

      By **August 1, 2021**, the parties shall send to the Court via email any documents previously sent to the court and not filed on the docket, such as a plea agreement.

      SO ORDERED.

Dated: July 7, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge