USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2021

# NASHVILLE VANGUARD LAW, PLLC

John H. Morris, Esq.

30 August 2021

**TO:**   **JUDGE ANALISA TORRES**

**RE:**   *US v. Jason Lee Ward, Case No. 20-cr-00272-AT-2*
   *Letter-Motion Request for 30-day Adjournment*

**CC:**   Jacob R. Fiddelman, Assistant United States Attorney

Judge Torres,

   I represent Jason Lee Ward in the above referenced matter. After this matter was transferred to your Court, you entered an order on July 7, 2021 (Docket #60) setting the sentencing hearing for September 23, 2021. Unfortunately, at the beginning of August, my significant other and I both contracted COVID. I was out of work convalescing and on quarantine for most of the month of August and my significant other is still hospitalized with this aggressive COVID variant. As a result of these medical issues, I request a 30-day adjournment of Mr. Ward's sentencing hearing to a date available with the Court. The defense waives speedy trial time until the date the Court sets for this hearing. I have spoken with AUSA Jacob Fiddelman who has no objection and supports this request.

Respectfully,

/s/ *John H. Morris*
**JOHN H. MORRIS**
TN BPR # 035789
Nashville Vanguard Law, PLLC
404 James Robertson Parkway
Suite 102
Nashville, TN  37219
(615) 229-5529
(615) 679-9520 (fax)

GRANTED. The sentencing scheduled for September 23, 2021, is ADJOURNED to **November 4, 2021**, at **1:00 p.m.** Defendant's submissions are due on **October 21, 2021**. The Government's submissions are due on **October 28, 2021**.

SO ORDERED.

Dated: August 30, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge